**BROOKS CONCEPCION LAW, P.C.**
247 Martyr Street, Ste. 101
Hagatna, Guam 96910
Telephone: 671-472-6848
Facsimile: 671-477-5790
gbc@guamlaw.net

*Attorney for Plaintiff,* BRIAN DOLAN

# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF GUAM

| | |
|---|---|
| **BRIAN DOLAN,**<br><br>Plaintiff,<br><br>vs.<br><br>**AERO MICRONESIA, INC. dba ASIA PACIFIC AIRLINES,**<br><br>Defendants. | Civil Case No. C:17-CV-00044<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED** by and between the parties through their counsel, Brooks Concepcion Law, P.C., Attorney for Plaintiff and Steven P. Pixley, Attorney for Defendant, that Plaintiff hereby DISMISSES this action without prejudice.

**SO STIPULATED** this 18th day of October, 2017.

| STEVEN P. PIXLEY<br>Attorney at Law<br>____/s/_____<br>**Steven P. Pixley, Esq.**<br>Attorney for Defendant | BROOKS CONCEPCION LAW, P.C.<br><br>_____/s/_____<br>**Georgette Bello Concepcion, Esq.**<br>Attorneys for Plaintiff<br><br>Approved By:<br><br>_____/s/_____<br>Brian Dolan, Plaintiff |